BEFORE THE THIRD DIVISION, APRIL 28, 1966

**No. P66/47.**—W. Kay Company, Inc. *v.* United States, protest 61/8878 (Los Angeles).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protest consist of after-dinner coffee cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "B" covered by the foregoing protest consist of tea cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claims of the plantiff were sustained.

**No. P66/48.**—Arnart Imports, Inc. *v.* United States, protests 60/28589, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "F" covered by the foregoing protests consist of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), and that the items of merchandise marked "P" covered by the foregoing protests consist of framed wall plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), the claims of the plaintiffs were sustained.

BEFORE THE THIRD DIVISION, MAY 4, 1966

**No. P66/49.**—J. M. Sutton Sons & Co. *v.* United States, protest 64/9014 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.